***Form 130*** (3/23)−doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Courtney T Lemin

Debtor(s).

Case No. 26−13697−pmm

Chapter: 13

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C−2 Due 9/11/26
Plan Due 9/11/26
Schedules A/B Due 9/11/26
Schedules C Due 9/11/26
Schedules D Due 9/11/26
Schedules E/F Due 9/11/26
Schedules G Due 9/11/26
Schedules H Due 9/11/26
Schedules I Due 9/11/26
Schedules J Due 9/11/26
Statement of Attorney Compensation Due 9/17/26
Statement of Current Monthly Income (122C−1) Due 9/17/26
Statement of Financial Affairs Due 9/11/26
Summary of Assets and Liabilities Due 9/11/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 8, 2026

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court